```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 05240
    SONYA V DAVIS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-9390


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/23/2007 and was not confirmed.

     The case was converted to chapter 7 without confirmation 08/16/2007.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------

WASHINGTON MUTUAL         CURRENT MORTG          .00          .00            .00
WASHINGTON MUTUAL         MORTGAGE ARRE     21174.40          .00            .00
OCWEN FEDERAL BANK        CURRENT MORTG          .00          .00            .00
CLAY MOSBERG              SECURED            1500.00          .00            .00
HIGLAND LUXURY CONDOS     SECURED            2500.00          .00            .00
OCWEN FEDERAL BANK        NOTICE ONLY      NOT FILED          .00            .00
CAPITAL ONE BANK          NOTICE ONLY      NOT FILED          .00            .00
EXPRESS GOLD CARD         UNSECURED        NOT FILED          .00            .00
HSBC/TAX                  UNSECURED        NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED          1298.27          .00            .00
TRUELOGIC FINANCIAL CORP  UNSECURED        NOT FILED          .00            .00
WFNNB/EXPRESS             UNSECURED        NOT FILED          .00            .00
NATIONAL AUTO FINANCE CO  UNSECURED         10474.71          .00            .00
ASSET ACCEPTANCE LLC      UNSECURED            64.53          .00            .00
OCWEN FEDERAL BANK        SECURED NOT I    17469.29          .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED            91.69          .00            .00
MONTEREY FINANCIAL        SECURED NOT I     1500.00          .00            .00
MONTEREY FINANCIAL        UNSECURED           434.73          .00            .00
FISHER & SHAPIRO          NOTICE ONLY      NOT FILED          .00            .00
DEUTSCHE BANK NATIONAL T  NOTICE ONLY      NOT FILED          .00            .00
PHILIP A IGOE             DEBTOR ATTY           .00                          .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 05240 SONYA V DAVIS
```

```
DEBTOR REFUND                                                              .00
                                    ---------------        ---------------
TOTALS                                          .00                    .00
```

　　Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
  Dated: 11/28/07                       _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```